United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DAREN HEATHERLY**

    Plaintiff(s),　　　　　　　　　　　No. C-**11-05292** EDL

    v.　　　　　　　　　　　　　　　　　**ORDER OF CONDITIONAL DISMISSAL**

**KRIN RESTAURANT**

    Defendants.
_____/

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before November 9, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: August 20, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge